IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT MICHAEL DITTMAR,<br><br>                Plaintiff,<br><br>v.<br><br>NORTHAMPTON COUNTY PRISON et. al,<br><br>                Defendant. | CIVIL ACTION<br>NO. 19-1537 |

## ORDER

**AND NOW**, this 22nd of November 2021, upon consideration of Defendant's Motion for Judgment on the Pleadings (Doc. No. 47), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Motion (Doc. No. 47) is **GRANTED**.

2. The above-captioned case is **DISMISSED WITH PREJUDICE.**

3. Any outstanding motions are **DENIED AS MOOT**.

4. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

   /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.